IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CV-_____

| | |
|---|---|
| TYLER J. ANDREWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) NOTICE OF REMOVAL |
| LATISHA S. HUDSON, | ) |
| | ) |
| | ) |
| Defendant. | ) |

Federal Defendant, Latisha S. Hudson ("Federal Defendant"), by and through the United States Attorney for the Eastern District of North Carolina, files this Notice of Removal of the above-captioned action pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and hereby states as follows:

1.      On October 21, 2024, Plaintiff Tyler J. Andrews ("Plaintiff") initiated a civil action in the District Court Division of Wake County, State of North Carolina, No. 24CV033688-910, naming Federal Defendant, who is a federal employee of the United States Postal Service ("Postal Service"), as the sole party defendant. *See* Exhibit 1. Plaintiff avers that he is also a federal employee of the Postal Service and that Federal Defendant is his supervisor. *Id.* at 4.

2.      The gravamen of Plaintiff's civil action arises from a Postal Service workplace investigation that Plaintiff "made threats of violence against two co-

1

workers." *Id.*

3.     Plaintiff alleges that he has "filed three harassment grievances, [and] a complaint to the [Postal Service Office of Inspector General]," EEOC, and U.S. Department of Labor because Federal Defendant is allegedly harassing and retaliating against him. *Id.* Plaintiff seeks a no-contact order. *Id.* at 4. He specifically avers that Federal "Defendant is [his] direct supervisor" and "ask[s] that the Court order a remedy" that protects his "job security" at his place of employment. *Id.* at 5.

4.     Removal of this action to federal district court is made pursuant to 28 U.S.C. § 1442(a)(1) because it is a civil action commenced in a state court against a federal employee acting within the scope of her federal employment at all material times. *See* Exhibit 2, Declaration of Matthew Helman.

5.     The right of removal under § 1442(a)(1) "is to be broadly construed." *Kolibash v. Comm. on Legal Ethics of W. Va. Bar*, 872 F.2d 571, 576 (4th Cir. 1989) (citing *North Carolina v. Carr*, 386 F.2d 129 (4th Cir. 1967)). This statute "allows for removal when its elements are met 'regardless of whether the suit could originally have been brought in a federal court." *City of Cookeville, Tenn. v. Upper Cumberland Elec. Membership Corp.*, 484 F.3d 380, 389 n.5 (6th Cir. 2007) (quoting *Willingham v. Morgan*, 395 U.S. 402, 406 (1969)); *see also Mesa v. California*, 489 U.S. 121, 129 (1989); *Hendy v. Bello*, 555 F. App'x 224, 225–26 (4th Cir. 2014); *Figueroa v. Baca*, 2018 WL 2041383 (C.D. Cal. April. 30, 2018); *Perkins v. Dennis*, No. TDC–16–2865, 2017 WL 1194180, at \*2 (D. Md. Mar. 30, 2017). Federal Defendant has colorable

2

federal defenses to this matter, including sovereign immunity/lack of subject-matter jurisdiction, failure to exhaust administrative remedies, failure to state a claim, insufficient process, and insufficient service of process.

6. Accordingly, Federal Defendant gives notice that this matter is hereby removed from state court to the United States District Court for the Eastern District of North Carolina and the division embracing Wake County, North Carolina, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, and 113(a).

7. A copy of this notice will be filed with the Wake County District Court and sent to Plaintiff as provided in 28 U.S.C § 1446(d).

WHEREFORE, Federal Defendant shows that the action now pending in the District Court for Wake County, State of North Carolina, is removed to this Court.

Respectfully submitted, this 15th day of November, 2024.

MICHAEL F. EASLEY, JR.
United States Attorney

By:    */s/ K. Paige O'Hale*_____
K. PAIGE O'HALE
Assistant United States Attorney
Deputy Chief, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, N.C. 27601
Telephone: (919) 856-4530
E-mail: paige.ohale@usdoj.gov
North Carolina Bar No. 44667

*Counsel for Federal Defendant*
*Latisha Hudson*

3

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this 15th day of November, 2024, served a copy of the foregoing Notice of Removal upon the below-listed party by placing a copy of the same in the U.S. Mail, addressed as follows:

Tyler J. Andrews
338 Soaring Eagle Trail
Zebulon, NC 27597

By:    */s/ K. Paige O'Hale*
K. PAIGE O'HALE
Assistant United States Attorney
Deputy Chief, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, N.C. 27601
Telephone: (919) 856-4530
E-mail: paige.ohale@usdoj.gov
North Carolina Bar No. 44667

*Counsel for Federal Defendant*
*Latisha Hudson*

4