IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:24-CV-645-D-KS

| | |
|---|---|
| TYLER J. ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| LATISHA S. HUDSON, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in Latisha S. Hudson's memorandum in support of her motion to dismiss [D.E. 5], the court GRANTS defendant Latisha S. Hudson's motion to dismiss [D.E. 4]. The court DISMISSES WITHOUT PREJUDICE plaintiff's complaint against defendant Latisha S. Hudson.

SO ORDERED. This the _15_ day of March, 2025.

JAMES C. DEVER III
United States District Judge