UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TYLER J. ANDREWS,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　**JUDGMENT IN A CIVIL CASE**
vs.　　　　　　　　　　　　　　　　　)　　**CASE NO. 5:24-CV-645-D**
　　　　　　　　　　　　　　　　　　)
LATISHA S. HUDSON,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　)

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in Latisha S. Hudson's memorandum in support of her motion to dismiss [D.E. 5], the court GRANTS defendant Latisha S. Hudson's motion to dismiss [D.E. 4]. The court DISMISSES WITHOUT PREJUDICE plaintiff's complaint against defendant Latisha S. Hudson.

This Judgment filed and entered on March 25, 2025, and copies to:
Tyler J. Andrews　　　　　　(via US Mail to 338 Soaring Eagle Trail, Zebulon, NC 27597)
Katharine Paige O'Hale　　　(via CM/ECF electronic notification)

　March 25, 2025　　　　　　　　　　　　　　　Peter A. Moore, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　　By: /s/ Stephanie Mann
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk